Law Offices
## ROBERT ALAN SCHRAGE
191 Post Road West
Westport, Connecticut 06484

Tel 203.513.3228  Fax 310.496.3223

RAS@SCHRAGELAW.COM

Admitted to Practice in CA, CT      Mobile 203.943.6888
NY and The District of Columbia

August 5, 2015

Ms. Jennifer Thompson, Case Manager
Second Circuit Court of Appeals
Thurgood Marshall United Sttes Courthouse
40 Centre Street, 18th Floor
New York, NY 10007-1501

Re:   Vanguard Products Corporation v. Indicon, Inc., et al
      <u>Second Circuit Docket Number:  15-746</u>

Dear Ms. Thompson,

In accord with Local Rule 31.2 (a) (1) (B), I request that the deadline for filing Appellee's Brief be fixed as October 12, 2015, which date is less than 91 days after the filing on July 24, 2015 of the Appellant's brief.

                     Respectfully submitted,

                     Robert A. Schrage
                     Attorney for Omni Solo, Inc.,
                     Defendant and Appelle

RAS:bhs
cc:   Kim Citrin
      Indicon, Inc.
      Marie DeSalvo

## CONTINUATION SHEET TO CERTIFICATE OF SERVICE

      I certify that on August 5, 2015, a copy of the foregoing Letter setting deadline for filing Appellee's Brief was filed electronically and served by mail on anyone unable to accept electronic filing. Notice will be sent by operation of the Court's electronic filing system to parties indicated on the Court's Notice of Electronic Filing, or by mail to anyone unable to accept electronic filing as listed below:

Kimi Citrin
5 Valley Road
Danbury, CT 06811

Indicon, Inc.
Attn: Officer, General or Manageing Agent
144B old Brookfield Road
Danbury, CT 06811

Marie DeSalvo
25 River Road, # 3204
Wilton, CT 06897

_____
Robert Alan Schrage